defendant Pension Fund, to follow his lead and vote against plaintiff's application for ADR, aside from plaintiff's statutory protection. (207-k GML)

34. That plaintiff's statutory pension rights and hence property rights are protected under the United States Constitution Fourteenth Amendment guarantee of 'due process', and equal protection clause, with defendants common scheme, unlawful and wrongful conduct, plan, or plot, abrogated and deprived plaintiff of his fundamental right to due process and equal protection.

35. That plaintiff's statutory pension rights and hence property rights are protected rights under the United States Constitution Fourteenth Amendment guarantee, of 'equal protection clause, and the defendants common scheme, unlawful and wrongful conduct, plan, or plot, abrogated and deprived plaintiff of his fundamental right to equal protection of law, in that all others similarly situated prior to plaintiff ADR application, were granted an ADR, a fact which can be proven during the discovery process and a related demand for documents concerning statistics on said grants of ADR by the defendants, as maintained by the defendants, and through interrogatories, admissions, requests for disclosure of records, subpoenas and depositions.

36. That defendants acted under the 'color of law/state', with the intent and malice to deprive the plaintiff of a long established pension benefit to wit ADR, as codified

11

under 207-k of the General Municipal Law (GML), based upon an Un-Constitutional policy change as adopted by the defendants, to eliminate the covered benefit from new hires, and unlawfully, wrongfully apply the denial of the benefit for all existing ADR applications, including that of the plaintiff, abrogating the Constitutional protections of the plaintiff.

37. That the defendants collective unlawful and wrongful conduct in depriving the plaintiff of his fundamental due process rights, was arbitrary, capricious, and shocking to the conscience in light of plaintiff's Constitutional protections.

38. That the defendants collectively acted with deceit, and concealment of their surreptitious scheme, plot, or plan to deprive plaintiff of his statutory ADR rights and their intent to deny all existing ADR applications of those covered by the benefit to conform to defendants new political scheme to eliminate the benefit for all new hires.

## COUNT ONE
## VIOLATION OF TITLE 42 §1983
## (DUE PROCESS CLAUSE FOURTEENTH AMENDMENT)

39. Plaintiff restates, re-alleges and incorporates paragraphs 1 thru 38 above, here in Count One, as though set forth fully herein and,

40. Plaintiff demands a money judgment against all defendants in the amount of Ten Million Dollars and Five Million Dollars in punitive damages against each defendants named in their individual capacity.

## COUNT TWO
## VIOLATION OF TITLE 42 §1983
## (EQUAL PROTECTION CLAUSE FOURTEENTH AMENDMENT)

41. Plaintiff restates, alleges and incorporates paragraphs 1 thru 40 above here in Count Two, as though set forth fully herein and,

42. Plaintiff demands a money judgment against all defendants in the amount of Ten Million Dollars and Five Million Dollars in punitive damages against each defendants named in their individual capacity.

## COUNT THREE
## FRAUD IN CONCEALMENT

43. Plaintiff restates, alleges and incorporates paragraphs 1 thru 42 above, here in Count Two, as though set forth fully herein and,

44. Plaintiff demands a money judgment against all defendants in the amount of Ten Million Dollars and Five Million Dollars in punitive damages against each defendants named in their individual capacity.

_____
Vincent F. Spata Esq.
Attorney for Plaintiff

Dated: March 15, 2015
State of New York
County of New York

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that has read the above complaint, and that the information contained therein is true and correct to the beast of his knowledge and belief. (28 U.S.C. §1746; 18 U.S.C §1621).

Executed on the 21st day of March, 2016

_____
Thomas Cantore
Plaintiff.

Sworn to and subscribe this 21st day of March, 2016

VINCENT F SPATA
Notary Public, State of New York
No. 02SP6061317
Qualified in Kings County
Commission Expires July 16, 2019

Constitution, and Title 42 §1983.