AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Thomas Cantore <br><br> *Plaintiff(s)* <br> v. <br> City of New York; New York City Police Department; Raymond Kelly, Police Commissioner, and as Chairman of the Board of Trustees, Article II Police Pension Fund,,etal <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of New York; New York City Police Department; Raymond Kelly, Police Commissioner, and as Chairman of the Board of Trustees, Article II Police Pension Fund, a/k/a: Police Pension Fund; in his official and individual capacity "John and Jane Doe 1 through 12, Members of the Board of Trustees, Article II Pension Fund, in their individual and official capacity,

100 Church Street
New York, NY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Plaintiff's Attorney: Vincent Spata, Esq. 1275 74th Street, Brooklyn, New York 11228

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____04/13/2016_____                                         _____
                                                                                    *Signature of Clerk or Deputy Clerk*